## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ASHLEY L. JOZWIAK,

    Plaintiff,

vs.                                     CASE NO. 6:09-CV-1985-ORL-19GJK

STRYKER CORPORATION, STRYKER SALES CORPORATION, BREG, INC., I-FLOW CORPORATION, MCKINLEY MEDICAL, LLC, MOOG, INC., CURLIN MEDICAL, INC., DJO INCORPORATED, DJO, LLC, f/k/a DJ ORTHOPEDICS, INC., DJO OPCO HOLDINGS, INC., REABLE THERAPEUTICS, INC., ZIMMER HOLDINGS, INC., B. BRAUN MEDICAL, SGARLATO R.P., INC. d/b/a SCARLATO LABS, INC., SMI LIQUIDATING, INC. f/k/a SORENSON MEDICAL, INC., HOSPIRA, INC., ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA PLC, ZENECA HOLDINGS, INC., APP PHARMACEUTICALS, INC., APP PHARMACEUTICALS, LLC, ABRAXIS BIOSCIENCE, LLC, ABRAXIS BIOSCIENCE, INC.,. and ABBOTT LABORATORIES,

    Defendants.

## AGREED ORDER ON STRYKER CORPORATION AND STRYKER SALES CORPORATION'S JOINT MOTION TO DISMISS

THIS CAUSE being considered on Stryker Corporation and Stryker Sales Corporation's Joint Motion to Dismiss, the Court hereby,

**ORDERS AND ADJUDGES**

1. Stryker Corporation and Stryker Sales Corporation's Joint Motion to Dismiss is hereby **GRANTED.**

2. Plaintiff has until **January 11, 2010** to file an Amended Complaint.

3. Stryker Corporation and Stryker Sales Corporation shall file in response to such Amended Complaint **within twenty-five (25) days of its service.**

**DONE AND ORDERED** at Orlando, Florida, this __30th__ day of December, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record