UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY L. JOZWIAK,

    Plaintiff,

vs.                    CASE NO. 6:09-CV-1985-ORL-19GJK

STRYKER CORPORATION, STRYKER SALES
CORPORATION, BREG, INC., I-FLOW
CORPORATION, McKINLEY MEDICAL, LLC.,
MOOG, INC., CURLIN MEDICAL, INC., DJO
INCORPORATED, DJO, LLC, f/k/a DJ
ORTHOPEDICS, INC., DJO OPCO HOLDINGS,
INC., REABLE THERAPEUTICS, INC., ZIMMER
HOLDINGS, INC., B. BRAUN, MEDICAL,
SGARLATO R.P., INC. d/b/a SGARLATO LABS,
INC., SMI LIQUIDATING, INC. f/k/a SORENSON
MEDICAL, INC., HOSPIRA, INC., ASTRAZENECA
PHARMACEUTICALS LP, ASTRAZENECA LP,
ASTRAZENECA PLC, ZENECA HOLDINGS, INC.,
APP PHARMACEUTICALS, INC., APP
PHARMACEUTICALS, LLC, ABRAXIS
BIOSCIENCE, LLC, ABRAXIS BIOSCIENCE, INC.,
and ABBOTT LABORATORIES,

    Defendants.

---

### AGREED ORDER ON DEFENDANTS MCKINLEY MEDICAL, LLC, CURLIN MEDICAL INC. AND MOOG INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

THIS CAUSE having come to be heard on Defendants McKinley Medical, LLC, Curlin Medical Inc. and Moog Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. 4), the Court hereby,

**ORDERS AND ADJUDGES**

1.    Defendants McKinley Medical, LLC, Curlin Medical Inc. and Moog Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. No. 4) is **GRANTED.**

2. Plaintiff has until **January 11, 2010** to file an Amended Complaint.

3. Defendants McKinley Medical, LLC, Curlin Medical Inc. and Moog Inc. shall file in response to such Amended Complaint **within twenty-five (25) days of its service.**

**DONE AND ORDERED** at Orlando, Florida, this ___30th___ day of December, 2009.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record